IN THE CIRCUIT COURT OF THE NINETEETH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | |
|---|---|
| YESNIA BALCAZAR, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MENARD, INC | ) |
|     Defendant. | )    22LA00000513 |

NOTICE PURSUANT TO LCR-2-2.14
THIS CASE IS HEREBY SET FOR AN INITIAL CASE MANAGEMENT CONFERENCE IN COURTROOM _____ ON _____ AT _____ A.M./P.M.
FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED.

## COMPLAINT AT LAW

NOW COMES, the Plaintiff, YESNIA BALCAZAR (hereinafter "PLAINTIFF"), by and through her attorneys, NEWLAND & NEWLAND, LLP., and in complaining of Defendant, MENARD, INC, a corporation licensed to do business in the State of Illinois, (hereinafter "Defendant"), to allege and state as follows:

### I. PARTIES

1. At all times relevant herein, the Plaintiff, YESNIA BALCAZAR resided at 2431 Chinook Road, Waukegan, in the County of Lake and State of Illinois.

2. Defendant Menard, Inc., hereinafter referred to simply as "Menard, Inc" or "Defendant," further did and does business throughout Illinois and in jurisdiction of the Nineteen Judicial Circuit Court of Lake County, Illinois.

3. The injury alleged in this complaint took place on or about November 30, 2021 at a location wherein Defendant Menard Inc. did/does practice business.

4. At all times relevant hereto, the Defendant was a retail store that practices the business of selling miscellaneous items. At all times relevant hereto, the Defendant Menard, Inc. specifically owned, maintained, controlled and/or otherwise operated a store located at 6411 Grand Avenue in Gurnee, IL 6003, hereinafter referred to as the "Premises".

1

5. All medical treatment Plaintiff underwent and all physicians she saw were and are practicing in Lake County, IL and Plaintiff did and does reside in Lake County.

## II. RELEVANT FACTS

6. On or about November 30, 2021, the Plaintiff, YESNIA BALCAZAR, was lawfully on the Defendant's aforementioned Premises as she visited the Defendant as a business invitee with her daughter.

7. As the Plaintiff walked within the Defendant's premises, she was caused to fall on a slippery substance.

## III. JURISDICTION

8. This Court has jurisdiction over the Defendant pursuant to 735 ILCS 5/2-209(a)(1-3) because the Defendant transacts business, committed a tortious act, and has ownership, use and/or possession of real estate located within jurisdiction of the Nineteen Judicial Circuit Court of Lake County, Illinois.

## IV: ALLEGATIONS

**Count I - Negligence**

9. Plaintiff incorporates paragraphs 1-8 of this Complaint, as through each and every one of these paragraphs was set forth herein.

10. At all times relevant herein, the Defendant owed a duty to all persons who lawfully entered and/or were on the Premises, including but not limited to the Plaintiff who was lawfully on the Premises in order to purchase goods and/or items from the Defendant.

11. The Defendant owed a duty of reasonable care to the Plaintiff and all other persons lawfully on the Premises to properly clean, dry, and inspect its flooring so that it would not create or allow to exist an unsafe condition on the premises.

12. At all times relevant hereto, the Plaintiff was exercising ordinary care and caution for her own safety.

13. On or about November 8, 2021, the Defendant breached its duty through one of the following negligent acts or omissions of negligence:

   a. Failed to conduct any regular inspection of the Premises under its management and control.
   b. Selected, installed, and/or maintained flooring/flooring material which presented an unreasonable risk of harm and was unlikely to allow spills to be discovered on such;
   c. Failed to properly, safely, promptly, and regularly store and/or allow to acclimated its flooring;
   d. Failed to properly, safely, promptly, and regularly warn customer of trip and/or safety hazard(s) then and there present on the floor;
   e. Failed to properly, safely, promptly, and regularly inspect its Premises for unsafe conditions, whether or not on the flooring;
   f. Failed to utilize or law down flooring mats;
   g. Failed to remedy a dangerous condition that it knew, or in the exercise of ordinary care, should have known existed on tis Premises;
   h. Failed to train, instruct and/or supervise its employees on inspecting the Premises for dangerous conditions.
   i. Failed to train, struct, and /or supervise its employees on proper and safe handling of slippery floor/flooring materials;
   j. Failed to follow procedures for making sure the floor is free from debris or trip hazards;
   k. Failed to allow customers other means of ingress and egress to specific isles and/or areas that contained slip and/or trip hazards;
   l. Caused slippery substance(s) to be on the floor;
   m. Did not follow proper procedures;
   n. Failed to hire employees and/or contractor(s) that were competent and/or able to clean and/or maintain their flooring;
   o. Failed to properly supervise and/or train their employees and/or contractor(s) in the cleaning and/or maintenance of their flooring;
   p. Were otherwise negligent.

14. As a direct and proximate result of one or more of the Defendant's aforementioned negligent acts and/or omissions, the Plaintiff was caused to slip and fall on the flooring of the Defendant's Premises and was injured.

15. As a direct and proximate result of one or more of the Defendant's aforementioned careless and negligent acts and/or omissions, the Plaintiff sustained significant injuries, and has undergone surgical, hospital and medical care and attention. And ss a result of said injuries, the Plaintiff has suffered and continues to suffer a substantial amount of pain and suffering. The Plaintiff has been kept from and will be kept from attending to her ordinary affairs and duties. The Plaintiff has incurred and will continue to incur additional expenses due to the treatment, pain, suffering, loss of normal life, medical bills and lost wages associated with and caused by injuries sustained in this occurrence.

WHEREFORE, the Plaintiff, YESNIA BALCAZAR, pays that this Honorable Court enter judgement in her favor and against the Defendant MENARD, INC, a Corporation licensed to do business in the State of Illinois, and d/b/a MENARD, INC. for an amount in excess of the jurisdictional limits of the Law Division of the Circuit Court of Lake County, for costs, and for any other and/or further relief which this Court shall deem equitable and just.

**Count II – Premises Liability**

16. The Plaintiff hereby incorporated paragraph 1- 15 of this Complaint, as though each and every one of these paragraphs was set forth herein.

17. The flooring in the Defendant's Premise was hazardous due to the slippery nature of the flooring and the existence of spill(s) then and there present on such.

18. The Defendant knew or should have known by way of reasonable inspection, that the flooring was a dangerous condition that was not likely to be discovered or appreciated by persons on the Premises.

At the time and place aforesaid, Defendant knew or should have known that Defendant was in violation of the Premises Liability Act, 740 ILCS 130/1, et seq. in one or more of the following ways:

 a. Failed to conduct any regular inspection of the Premises under its management and control.
 b. Selected, installed, and/or maintained flooring/flooring material which presented an unreasonable risk of harm and was unlikely to allow spills to be discovered on such;
 c. Failed to properly, safely, promptly, and regularly store and/or allow to acclimated its flooring;
 d. Failed to properly, safely, promptly, and regularly warn customer of trip and/or safety hazard(s) then and there present on the floor;
 e. Failed to properly, safely, promptly, and regularly inspect its Premises for unsafe conditions, whether or not on the flooring;
 f. Failed to utilize or law down flooring mats;
 g. Failed to remedy a dangerous condition that it knew, or in the exercise of ordinary care, should have known existed on tis Premises;
 h. Failed to train, instruct and/or supervise its employees on inspecting the Premises for dangerous conditions.
 i. Failed to train, struct, and /or supervise its employees on proper and safe handling of slippery floor/flooring materials;
 j. Failed to follow procedures for making sure the floor is free from debris or trip hazards;
 k. Failed to allow customers other means of ingress and egress to specific isles and/or areas that contained slip and/or trip hazards;
 l. Caused slippery substance(s) to be on the floor;
 m. Did not follow proper procedures;
 n. Failed to hire employees and/or contractor(s) that were competent and/or able to clean and/or maintain their flooring;
 o. Failed to properly supervise and/or train their employees and/or contractor(s) in the cleaning and/or maintenance of their flooring;
 p. Were otherwise negligent.

19. As a direct and proximate result of one or more of the Defendant's aforementioned violations of the Premises Liability Act, the Plaintiff was caused to slip and fall on the flooring of the Defendant's Premises and was injured.

20. As a direct and proximate result of one or more of the Defendant's aforementioned careless and negligent acts and/or omissions, the Plaintiff sustained significant injuries, and has

undergone surgical, hospital and medical care and attention. And ss a result of said injuries, the Plaintiff has suffered and continues to suffer a substantial amount of pain and suffering. The Plaintiff has been kept from and will be kept from attending to her ordinary affairs and duties. The Plaintiff has incurred and will continue to incur additional expenses due to the treatment, pain, suffering, loss of normal life, medical bills and lost wages associated with and caused by injuries sustained in this occurrence.

WHEREFORE, the Plaintiff, YESNIA BALCAZAR, pays that this Honorable Court enter judgement in her favor and against the Defendant MENARD, INC, a Corporation licensed to do business in the State of Illinois, and d/b/a MENARD, INC. for an amount in excess of the jurisdictional limits of the Law Division of the Circuit Court of Lake County, for costs, and for any other and/or further relief which this Court shall deem equitable and just.

Respectfully Submitted

By: /s/ *Gary Newland*
*One of Plaintiff's Attorneys*

Gary A. Newland// Erin A. Adamski
NEWLAND & NEWLAND, LLP.
121 S. Wilke Rd., Ste. 301
Arlington Heights, IL 60005
847.797.8000 (ph) / 847.797.9090 (fax)
Attorney NO: 6217146
erin@newlandlaw.com
paralegal.newland3@gmail.com

FILED
10/4/2022 11:12 AM
ERIN CARTWRIGHT WEINSTEIN
Clerk of the Circuit Court
Lake County, Illinois

IN THE CIRCUIT COURT OF THE NINETEETH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

| | | |
|---|---|---|
| YESNIA BALCAZAR, | ) | |
| Plaintiff, | ) | |
| | ) | No. 22LA00000513 |
| v. | ) | |
| | ) | |
| MENARD, INC | ) | |
| Defendant. | ) | |

## RULE 222 AFFIDAVIT

The undersigned, one of the Attorneys for the Plaintiffs herein, states that this is a civil action seeking money damages in excess of ONE HUNDRED THOUSAND ($100,000.00) DOLLARS. Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes that same to be true.

Respectfully Submitted,

NEWLAND & NEWLAND LLP      By: _____
Gary A. Newland                 One of Plaintiffs' Attorneys
Erin A. Adamski
121 S. Wilke Road, Ste. 301
Arlington Heights, IL 60005     Subscribed and sworn to before me this
(847) 797-8000 (phone)          ____ day of October, 2022.
Attorney NO: 6217146
gary@newlandlaw.com (correspondence only)
erin@newlandlaw.com (correspondence only)     _____
paralegal.newland3@gmail.com (e-filings only)  Notary Public

SYLVIA M HAAS
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
March 06, 2026

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br>Lake COUNTY | SUMMONS | For Court Use Only<br>NOTICE<br>PURSUANT TO LCR - 2-2.14<br>THIS CASE IS HEREBY SET FOR AN INITIAL CASE MANAGEMENT CONFERENCE<br>IN COURTROOM _____ ON _____ AT _____ A.M./P.M.<br>FAILURE TO APPEAR MAY RESULT IN THE CASE BEING DISMISSED OR AN ORDER OF DEFAULT BEING ENTERED. |
|---|---|---|
| **Instructions ▼**<br>Enter above the county name where the case was filed. | YESNIA BALCAZAR<br>Plaintiff / Petitioner *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | 22LA00000513 |
| Enter the names of all people you are suing as Defendants/Respondents. | MENARD, INC.<br>Defendant / Respondent *(First, middle, last name)* | **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: _____<br>Registered Agent's name, if any: PRENTICE HALL CORPORATION - REG AGENT<br>Street Address, Unit #: 801 ADLAI STEVENSON DRIVE<br>City, State, ZIP: SPRINGFIELD, IL 62703<br>Telephone: _____ Email: _____ |
|---|---|
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☐ Sheriff  ☐ Sheriff outside Illinois: _____<br>County & State<br>☑ Special process server  ☐ Licensed private detective |

OCT 0 4 2022

SU-S 1503.2        Page 1 of 4        (06/21)

| In **2**, enter the amount of money owed to you. |
|---|
| In **3**, enter your complete address, telephone number, and email address, if you have one. |

**2. Information about the lawsuit:**
Amount claimed: $ 100,000.00

**3. Contact information for the Plaintiff/Petitioner:**
Name *(First, Middle, Last)*: NEWLAND & NEWLAND LLP
Street Address, Unit #: 121 S. WILKE ROAD, SUITE 301
City, State, ZIP: ARLINGTON HEIGHTS, IL 60005
Telephone: 847-797-8000          Email: sylvia@newlandlaw.com/gary@newland

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. |
|---|
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. |
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. |

**4. Instructions for person receiving this *Summons* (Defendant):**

☐ a. To respond to this *Summons,* you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at:
Address: _____
City, State, ZIP: _____

☐ b. Attend court:
On: _____ at _____ ☐ a.m. ☐ p.m. in _____
   Date              Time                                Courtroom
**In-person at:**

_____
*Courthouse Address      City                State            ZIP*
OR
**Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):
By telephone: _____
*Call-in number for telephone remote appearance*
By video conference: _____
*Video conference website*

_____
*Video conference log-in information (meeting ID, password, etc.)*

Call the Circuit Clerk at: _____ or visit their website
                              *Circuit Clerk's phone number*
at: _____ to find out more about how to do this.
      *Website*

| **STOP!** The Circuit Clerk will fill in this section. |
|---|
| **STOP!** The officer or process server will fill in the Date of Service. |

Witness this Date: **10/4/2022**

Clerk of the Court: *Erin Cartwright Weinstein*GL

This *Summons* must be served within 30 days of the witness date.

Date of Service: **OCT 0 4 2022**
*(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)*

| STATE OF ILLINOIS, CIRCUIT COURT <br> Lake COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | *For Court Use Only* |
|---|---|---|

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | YESNIA BALCAZAR <br> **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/ Respondents. | v. <br><br> MENARD, INC. <br> **Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
   *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
       Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address, Unit#: _____
       City, State, ZIP: _____
       And left it with: _____
           *First, Middle, Last*
       Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
       and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
           *First, Middle, Last*
       Male ☐  Female ☐  Non-Binary ☐  Approx. Age: _____  Race: _____
       On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
       Address: _____
       City, State, ZIP: _____

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | **If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.** |

**By:**

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

_____
*Signature by:*  ☐ Sheriff
                 ☐ Sheriff outside Illinois: _____
                 *County and State*
                 ☐ Special process server
                 ☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____