**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Yesnia Balcazar
       Plaintiff,

v.                Case No.: 1:22−cv−06073
                 Honorable Daniel P. McLaughlin

Menard, Inc.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 13, 2025:

   MINUTE entry before the Honorable Daniel P. McLaughlin: Defendant's Petition for Rule to Show Cause Against SEIU Healthcare [80] is granted to the extent the Court finds that non−party SEIU Healthcare has failed to comply with Defendant's duly served subpoena, and may be held in contempt. Hearing before Judge McLaughlin on Defendant's petition is set for 5/27/25 at 10:45 a.m. in Courtroom 1350 at the Dirksen United States Courthouse, 219 S. Dearborn St., Chicago, Illinois 60604. Defense counsel and a representative of SEIU Healthcare shall attend the hearing and no telephonic appearances will be allowed. Other counsel of record may appear if desired. Defendant is directed to serve SEIU Healthcare with this Court order and to provide proof of service on the docket by 5/22/25. SEIU Healthcare may risk, among other things, Court sanctions for a failure to appear in Court on 5/27/25. Fed. R. Civ. P. 37(b). However, if SEIU Healthcare produces the documents requested in the subpoena before the 5/27/25 hearing, the hearing will be cancelled. Mailed notice(maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.