UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Yesnia Balcazar
                Plaintiff,

v.                                   Case No.: 1:22–cv–06073
                                   Honorable Daniel P. McLaughlin

Menard, Inc.
                Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: Hearing held on Defendant's petitions for rules to show cause. Defense counsel appeared. The subpoenaed entities did not appear. Defense counsel indicated that he has been in contact with SEIU Healthcare regarding a revised subpoena and is therefore withdrawing Defendant's Petition for Rule to Show Cause Against SEIU Healthcare [80]. With respect to Defendant's Petition for Rule to Show Cause Against Ascension Medical Group Illinois Primary Care Des Plaines [83], defense counsel indicated that he has not received any word from Ascension regarding the document subpoena. The Court orders Ascension to comply with the subpoena by 6/3/25. As discussed at the hearing, Defendant is to file a fee petition by 6/3/25 which shall include information establishing the amount of the reasonable expenses and attorney's fees incurred by Defendant in subpoenaing Ascension and moving to enforce the subpoena. The written status date of 6/3/25 is stricken. The parties are to file a joint status report by 6/26/25. If the parties require an extension of the existing schedule for damages discovery [76], they shall propose a new schedule at that time. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.