# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Yesnia Balcazar
                Plaintiff,

v.
                                          Case No.: 1:22–cv–06073
                                          Honorable Daniel P. McLaughlin

Menard, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

    MINUTE entry before the Honorable Daniel P. McLaughlin: Defendant's Motion to Set Reasonable Deposition Fees for Dr. Kevin Tu [93] is granted. For Dr. Tu's deposition, the Court orders that he shall be compensated at a rate of $1,000.00 per hour for time actually spent testifying; there is no minimum charge beyond actual deposition time; and payment is to be made within a reasonable period following the deposition, upon presentation of an invoice, rather than in advance. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.